Stephen Z. Starr (SS-3765)
Vildan E. Starr (VS-1350)
STARR & STARR, PLLC
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, New York 10017
tel.   (212) 867-8165
fax.  (212) 867-8139

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
EL SOL BRANDS, INC. d/b/a R-BEST            :         Case No.:  07 CV 11562 (SHS)
TROPICALS; CARAVEO PAPAYAS, INC.        :
                                                                         :         [ECF CASE]
                             Plaintiffs,                  :
                                                                         :
              - against -                                    :         **F.R.Civ.P. 7.1**
                                                                         :         **CERTIFICATION**
PRIME PRODUCE GROUP, INC.; a New York :
corporation; KYUNG HEE AN, an individual; :
JETS PRODUCE CORP., a New York           :
corporation; JAY LEE, an individual; JOUNG :
LEE, an individual; M.Y. PRODUCE, INC., a  :
New York corporation; YOUNG KIM, an      :
individual; SUNG G. KIM, a/k/a SAM KIM,  :
an individual,                                               :
                                                                         :
                            Defendants.                 :
                                                                         :
-------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District

Judges and Magistrate Judges of the Court to evaluate possible disqualification or

[space below intentionally left blank]

-2-

recusal, the undersigned counsel for plaintiffs certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held: NONE.

Respectfully submitted,

DATED: New York, New York
December 26, 2007

STARR & STARR, PLLC

By: /s/ Stephen Z. Starr
Stephen Z. Starr (SS-3765)
Vildan E. Starr (VS-1350)
STARR & STARR, PLLC
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, New York 10017
tel.: (212) 867-8165
fax.: (212) 867-8139

Attorneys for Plaintiffs El Sol Brands, Inc. d/b/a R-Best Tropicals; Caraveo Papayas, Inc