Stephen Z. Starr (SS-3765)
Vildan E. Starr (VS-1350)
STARR & STARR, PLLC
260 Madison Ave., 17th Floor
New York, New York 10016-2401
tel.  (212) 867-8165
fax. (212) 867-8139

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EL SOL BRANDS, INC. d/b/a R-BEST             :     Case No.:  07 CV 11562 (SHS)
TROPICALS; CARAVEO PAPAYAS, INC.,            :
                                             :     [ECF CASE]
                   Plaintiffs,               :
                                             :
        - against -                          :     **NOTICE OF CHANGE OF**
                                             :     **FIRM ADDRESS OF**
PRIME PRODUCE GROUP, INC., a New York        :     **PLAINTIFFS' ATTORNEYS**
corporation; KYUNG HEE AN, an individual;    :
JETS PRODUCE CORP., a New York               :
corporation; JAY LEE, an individual; JOUNG   :
LEE, an individual; M.Y. PRODUCE, INC., a    :
 New York corporation; MYONG KON KIM,        :
an individual, a/k/a YOUNG KIM; and          :
SUNG GON KIM, an individual, a/k/a  SAM      :
KIM,                                         :
                                             :
                   Defendants.               :
                                             :
------------------------------------------------------------x

      PLEASE TAKE NOTICE that, effective January 17, 2008, the new address of Starr &

Starr, PLLC, attorneys for plaintiffs herein, will be as follows:

          Starr & Starr, PLLC
          260 Madison Ave., 17th Fl.
          New York, NY  10016-2401

      PLEASE TAKE FURTHER NOTICE that, the telephone number and fax number of

Starr & Starr, PLLC will remain unchanged (tel. 212-867-8165, fax 212-867-8139).

-2-

DATED:   New York, New York
         January 30, 2008          STARR & STARR, PLLC

                                   By: /s/ Stephen Z. Starr
                                   Stephen Z. Starr (SS-3765)
                                   Vildan E. Starr (VS-1350)
                                   260 Madison Ave., 17th Floor
                                   New York, New York 10016-2401
                                   tel.:  (212) 867-8165
                                   fax.:  (212) 867-8139

                                   Attorneys for Plaintiffs El Sol Brands, Inc. d/b/a
                                   R-Best Tropicals and Caraveo Papayas, Inc.

## CERTIFICATE OF SERVICE

I, STEPHEN Z. STARR, declare as follows:

1.  I am an attorney duly admitted to practice in the State of New York and am a member of Starr & Starr, PLLC, attorneys for plaintiffs herein. I have a business address at 260 Madison Ave., 17th Floor, New York, NY 10016-2401.

2.  On January 30, 2008, I caused the NOTICE OF CHANGE OF FIRM ADDRESS OF PLAINTIFF'S ATTORNEY to be served on the defendants by enclosing true copies thereof into properly addressed postage-prepaid envelopes that were deposited into a designated depository maintained by the United States Postal Service and addressed to the parties indicated on the attached service list

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York on January 30, 2008.

By: _/s/ Stephen Z. Starr_
Stephen Z. Starr

## SERVICE LIST

Prime Produce Group, Inc.
Attn: President or Managing Agent
264-265 Row B
Hunts Point Market
Bronx, NY  10474

Ms. Kyung Hee An
Prime Produce Group, Inc.
264-265 Row B
Hunts Point Market
Bronx, NY  10474

Jets Produce Corp.
Attn: President or Managing Agent
264-265 Row B
Hunts Point Market
Bronx, NY  10474

Mr. Jay Lee
Jets Produce Corp.
264-265 Row B
Hunts Point Market
Bronx, NY  10474

Mr. Joung Lee
Jets Produce Corp.
264-265 Row B
Hunts Point Market
Bronx, NY  10474

M.Y. Produce, Inc.
Attn: President or Managing Agent
264-265 Row B
Hunts Point Market
Bronx, NY  10474

Mr. Myong Kon Kim, a/k/a Young Kim
M.Y. Produce, Inc.
264-265 Row B
Hunts Point Market
Bronx, NY  10474

Mr. Sung Gon Kim, a/k/a Sam Kim
M.Y. Produce, Inc.
264-265 Row B
Hunts Point Market
Bronx, NY  10474