Stephen Z. Starr (SS-3765)
Vildan E. Starr (VS-1350)
STARR & STARR, PLLC
260 Madison Ave., 17th Floor
New York, New York 10016
tel.  (212) 867-8165
fax.  (212) 867-8139

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
EL SOL BRANDS, INC. d/b/a R-BEST          :      Case No.:  07 CV 11562 (SHS)
TROPICALS; CARAVEO PAPAYAS, INC.,         :
                                          :      [ECF CASE]
                 Plaintiffs,              :
                                          :
         - against -                      :      DECLARATION OF
                                          :      SERVICE UPON
PRIME PRODUCE GROUP, INC., a New York     :      PRIME PRODUCE
corporation; KYUNG HEE AN, an individual; :      GROUP, INC.
JETS PRODUCE CORP., a New York            :
corporation; JAY LEE, an individual; JOUNG :
LEE, an individual; M.Y. PRODUCE, INC., a :
 New York corporation; MYONG KON KIM,     :
an individual, a/k/a YOUNG KIM; and       :
SUNG GON KIM, an individual, a/k/a  SAM   :
KIM,                                      :
                                          :
                 Defendants.              :
                                          :
-------------------------------------------------------------x

    I, Gene Lombardi, declare as follows:

        1.    I am over 18 years of age.  My business address is 475 Main Street, Suite 1F,

Farmingdale, NY  11735.

        2.    This declaration is based upon my personal knowledge.

3. On December 27, 2007, I caused to be served on defendant PRIME PRODUCE GROUP, INC. ("Defendant"), true copies of the following documents:

i) Summons;

ii) Complaint;

iii) Individual Practices of Judge Sidney Stein.

iv) Individual Practices of Magistrate Judge Nathaniel Fox;

v) 3rd Amended Instructions for Filing an Electronic Case or Appeal;

vi) USDC SDNY Procedures for Electronic Case Filing; and

vii) USDC SDNY Guidelines for Electronic Case Filing (collectively, the "Documents for Service")

by serving personally upon Defendant at the following address: 264-265 Row B, Hunts Point Market, Bronx, NY 10474 at 10:00 a.m. by delivering the Documents for Service to an officer, director, managing or general agent of Defendant, named Kyung Hee An, who identified herself to me as the President of Defendant.

Declarant describes the person to whom the Service Documents were delivered as follows:

| Sex | Height | Weight | Age | Skin Color | Hair Color |
|---|---|---|---|---|---|
| ☐ Male | ☐ Under 5' | ☐ Under 100 Lbs. | ☐ 18-20 Yrs. | Describe color: | ☒ Black |
| ☒ Female | ☒ 5'0"-5'3" | ☒ 100-130 Lbs. | ☒ 21-35 Yrs. | Brown | ☐ Brown |
| | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. | ☐ 36-50 Yrs. | | ☐ Blond |
| | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. | ☐ 51-65 Yrs. | | ☐ Gray |
| | ☐ Over 6' | ☐ Over 200 Lbs. | ☐ Over 65 Yrs. | | ☐ Red |
| | | | | | ☐ White |
| | | | | | ☐ Balding |
| | | | | | ☐ Bald |

Other identifying features, if any: None.

-3-

    I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

    Signed at New York, New York on January 15, 2008.

By: _____
      GENE LOMBARDI