Stephen Z. Starr (SS-3765)
Vildan E. Starr (VS-1350)
STARR & STARR, PLLC
260 Madison Ave., 17th Fl.
New York, New York 10016
tel.  (212) 867-8165
fax. (212) 867-8139

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EL SOL BRANDS, INC. d/b/a R-BEST          :   Case No.:  07 CV 11562 (SHS)
TROPICALS; CARAVEO PAPAYAS, INC.,         :
                                          :   [ECF CASE]
            Plaintiffs,                   :
                                          :
    - against -                           :   **DECLARATION OF SERVICE**
                                          :
PRIME PRODUCE GROUP, INC., a New York     :
corporation; KYUNG HEE AN, an individual; :
JETS PRODUCE CORP., a New York            :
corporation; JAY LEE, an individual; JOUNG :
LEE, an individual; M.Y. PRODUCE, INC., a :
 New York corporation; MYONG KON KIM,     :
an individual, a/k/a YOUNG KIM; and       :
SUNG GON KIM, an individual, a/k/a  SAM   :
KIM,                                      :
                                          :
            Defendants.                   :
                                          :
------------------------------------------------------------x

I, STEPHEN Z. STARR, declare as follows:

1. I am an attorney duly admitted to practice in the State of New York and am a member of Starr & Starr, PLLC, attorneys for plaintiffs herein. I have a business address at 260 Madison Ave., 17th Floor, New York, NY  10016-2401.

2. On February 9, 2008, I caused the following documents:

a) Notice of Motion for (1) Default Judgment; and (2) to Amend Case Caption;

b) Motion for (1) Default Judgment; and (2) to Amend Case Caption;

c) Declaration of Stephen Z. Starr in Support of Motion for (1) Default Judgment; and (2) to Amend Case Caption;

d) Statement of Damages (with annexed (A) Summons, (B) Complaint, and (C) Proof of Service;

e) Clerk's Certificate;

f) [proposed] Order Amending Case Caption; and

g) [proposed] Default Judgment

to be served on the defendants by enclosing true copies thereof into properly addressed postage-prepaid envelopes that were deposited into a designated depository maintained by the United States Postal Service and addressed to the parties indicated on the attached service list.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York on February 9, 2008.

By: /s/ Stephen Z. Starr
Stephen Z. Starr

SERVICE LIST

Prime Produce Group, Inc.
Attn: President or Managing Agent
264-265 Row B
Hunts Point Market
Bronx, NY 10474

Ms. Kyung Hee An
Prime Produce Group, Inc.
264-265 Row B
Hunts Point Market
Bronx, NY 10474

Jets Produce Corp.
Attn: President or Managing Agent
264-265 Row B
Hunts Point Market
Bronx, NY 10474

Mr. Joung Lee a/k/a Joung Lee
Jets Produce Corp.
264-265 Row B
Hunts Point Market
Bronx, NY 10474

M.Y. Produce, Inc.
Attn: President or Managing Agent
264-265 Row B
Hunts Point Market
Bronx, NY 10474

Mr. Myong Kon Kim, a/k/a Young Kim
M.Y. Produce, Inc.
264-265 Row B
Hunts Point Market
Bronx, NY 10474
Mr. Sung Gon Kim, a/k/a Sam Kim
M.Y. Produce, Inc.
264-265 Row B
Hunts Point Market
Bronx, NY 10474