# STARR & STARR
## PLLC
### ATTORNEYS AT LAW

**Stephen Z. Starr**
**Vildan E. Starr**

260 Madison Avenue
17th Floor
New York, NY 10017

www.starrandstarr.com

Tel:  (212) 867-8165
Fax: (212) 867-8139

sstarr@starrandstarr.com

February 19, 2008

*VIA* FIRST CLASS MAIL

The Honorable Sidney H. Stein
United States District Court for the
 Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  *El Sol Brands, Inc., et ano v. Prime Produce Group, Inc., et al.*
       Case No. 07-CV-11562

Dear Judge Stein:

We represent El Sol Brands, Inc. d/b/a R-Best Tropicals and Caraveo Papayas, Inc., plaintiffs ("Plaintiffs") in the above-referenced action.

The Plaintiffs have filed and served a Motion for (1) Default Judgment; and (2) to Amend Case Caption (the "Motion") that has a return date of February 29, 2008 at 9:30 a.m., and a response deadline of February 21, 2008.

Based on ongoing settlement discussions with certain of the defendants, Plaintiffs wish to adjourn the Motion. This letter shall serve to confirm my discussion today with Your Honor's Courtroom Deputy, Ms. Laura Blakely, that the return date (hearing date) of the Motion will be adjourned to March 21, 2008 at 11:00 a.m., Courtroom 23A, U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, and the response deadline (objection deadline) will be extended to March 13, 2008.

I can be reached at (212) 867-8165 if there are any questions with respect to this letter.

SO ORDERED 2/14/08

SIDNEY H. STEIN
U.S.D.J.

The Honorable Sidney H. Stein
February 19, 2008
Page 2


Respectfully submitted,

Stephen L. Starr

cc:
Prime Produce Group, Inc.
Attn: President or Managing Agent
264-265 Row B
Hunts Point Market
Bronx, NY  10474

Ms. Kyung Hee An
Prime Produce Group, Inc.
264-265 Row B
Hunts Point Market
Bronx, NY  10474

John K. Idouchi, Esq.
136-40 39th Ave., Ste. 304
Flushing, NY  11354
Attorney for Jets Produce Corp.
  & Jay Sung, President of Jets Produce Corp.

M.Y. Produce, Inc.
Attn: President or Managing Agent
264-265 Row B
Hunts Point Market
Bronx, NY  10474

Mr. Myong Kon Kim, a/k/a Young Kim
M.Y. Produce, Inc.
264-265 Row B
Hunts Point Market
Bronx, NY  10474

Mr. Sung Gon Kim, a/k/a Sam Kim
M.Y. Produce, Inc.
264-265 Row B
Hunts Point Market
Bronx, NY  10474