USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

Stephen Z. Starr (SS-3765)
Vildan E. Starr (VS-1350)
STARR & STARR, PLLC
260 Madison Ave., 17th Fl.
New York, New York 10016
tel.  (212) 867-8165
fax. (212) 867-8139

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EL SOL BRANDS, INC. d/b/a R-BEST         :   Case No.:  07 CV 11562 (SHS)
TROPICALS; CARAVEO PAPAYAS, INC.,        :
                                         :   [ECF CASE]
                   Plaintiffs,           :
                                         :
        - against -                      :   STIPULATION OF
                                         :   DISCONTINUANCE AS TO
PRIME PRODUCE GROUP, INC., a New York    :   DEFENDANTS JETS PRODUCE
corporation; KYUNG HEE AN, an individual;:   CORP. AND JAY SUNG, SUED
JETS PRODUCE CORP., a New York           :   AND SERVED HEREIN AS JAY LEE
corporation; JAY LEE, an individual; JOUNG :
LEE, an individual; M.Y. PRODUCE, INC., a :
New York corporation; MYONG KON KIM,     :
an individual, a/k/a YOUNG KIM; and      :
SUNG GON KIM, an individual, a/k/a SAM   :
KIM,                                     :
                                         :
                   Defendants.           :
                                         :
------------------------------------------------------------x

EL SOL BRANDS, INC. d/b/a R-BEST TROPICALS and CARAVEO PAPAYAS, INC. ("Plaintiffs") and defendants JETS PRODUCE CORP. and JAY SUNG sued and served herein as JAY LEE, by and through their respective undersigned counsel, hereby stipulate and consent to the discontinuance with prejudice of the above-captioned action solely as to defendants JETS PRODUCE CORP. and JAY SUNG sued and served herein as JAY LEE, with each side to bear its own fees and costs. This Stipulation of Discontinuance may be executed

in multiple counterparts, each of which shall be deemed to be an original, but all of which together will constitute one and the same agreement. Facsimile copies of this Stipulation of Discontinuance shall be deemed the same as originals for all purposes.

DATED: Flushing, New York
February 26, 2008

LAW OFFICES OF JOHN K. IDOUCHI

By: _____
John K. Idouchi (JKI 1882)
136-40 39th Ave., Ste. 304
Flushing, New York 11354
(718) 961-5533

Attorneys for defendants, JETS PRODUCE CORP. and JAY SUNG sued and served herein as JAY LEE

DATED: New York, New York
February 29, 2008

STARR & STARR, PLLC

By: _____
Stephen Z. Starr (SZS 3793)
Vildan E. Starr (VES 1350)
260 Madison Avenue, 17th Floor
New York, New York 10016-2401
(212) 867-8165

Attorneys for Plaintiffs, EL SOL BRANDS, INC. d/b/a R-BEST TROPICALS and CARAVEO PAPAYAS, INC.

SO ORDERED:

_____
The Honorable Sidney H. Stein
United States District Court Judge

Dated: 3/17/08

-2-