USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EL SOL BRANDS, d/b/a R-BEST TROPICAL,
CARAVEO PAPAYAS, INC.,

        Plaintiffs,

   -against-

PRIME PRODUCE GROUP, INC.,
KYUNG HEE AN, JETS PRODUCE CORP.,
JAY LEE, JOUNG LEE, M.Y. PRODUCE, INC.,
MYONG KON KIM, a/k/a YOUNG KIM,
SUNG G. KIM, a/k/a SAM KIM,

        Defendants.
------------------------------------------------------------x

07 Civ. 11562 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

  A pretrial conference having been held today with only counsel for plaintiffs appearing,

IT IS HEREBY ORDERED that the next pretrial conference shall be held on March 27, 2008, at

10:00 a.m.

Dated: New York, New York
   March 21, 2008

             SO ORDERED:

             _____
             Sidney H. Stein, U.S.D.J.