UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EL SOL BRANDS, INC. d/b/a R-BEST
TROPICALS; CARAVEO PAPAYAS, INC.

              Plaintiffs,

vs.

PRIME PRODUCE GROUP, INC., a New York
corporation; KYUNG HEE AN, an individual;
JETS PRODUCE CORP., a New York
corporation; JAY LEE, an individual; JOUNG
LEE, an individual; M.Y. PRODUCE, INC., a
New York corporation; MYONG KON KIM, an
individual, a/k/a YOUNG KIM; and SUNG GON
KIM, an individual, a/k/a SAM KIM,

              Defendants.
-----------------------------------------------------------------X

Case No.:
07 CIV 11562 (SHS)

ECF CASE

NOTICE OF
APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Take notice that Paul T. Gentile of Gentile & Dickler, LLP has appeared in this action. Service of all pleadings, paper, and document required to be served in this action should also be served on Defendants M.Y. Produce, Inc., Myong Kon Kim a/k/a Young Kim and Sung Gon Kim a/k/a Sam Kim through their counsel as follows:

Paul T. Gentile
Gentile & Dickler, LLP
261 Madison Avenue
25th Floor
New York, New York 10016
212-619-2700

GENTILE & DICKLER, LLP

By: _____
Paul T. Gentile (PG4037)
Attorneys for Defendants
M.Y. Produce, Inc., Myong Kon Kim a/k/a
Young Kim and Sung Gon Kim a/k/a Sam
Kim