```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EL SOL BRANDS, INC. d/b/a R-BEST  :    Case No.: 07 CV 11562 (SHS)
TROPICALS; CARAVEO PAPAYAS, INC., :
                                  :    [ECF CASE]
            Plaintiffs,           :
                                  :
     - against -                  :
                                  :
PRIME PRODUCE GROUP, INC., a New York :
corporation; KYUNG HEE AN, an individual; :
JETS PRODUCE CORP., a New York    :
corporation; JAY LEE, an individual; JOUNG :
LEE, an individual; M.Y. PRODUCE, INC., a :
New York corporation; MYONG KON KIM, :
an individual, a/k/a YOUNG KIM; and :
SUNG GON KIM, an individual, a/k/a SAM :
KIM,                              :
                                  :
            Defendants.           :
                                  :
------------------------------------------------------------x

**CONSENT JUDGMENT FOR PLAINTIFFS EL SOL BRANDS, INC.
d/b/a R-BEST TROPICALS AND CARAVEO PAPAYAS, INC.
AGAINST DEFENDANTS M.Y. PRODUCE, INC., MYONG KON KIM,
a/k/a YOUNG KIM, AND SUNG GON KIM a/k/a SAM KIM**

A conference having been scheduled for June 19, 2008 in the above-referenced action, and plaintiffs El Sol Brands, Inc. d/b/a R-Best Tropicals and Caraveo Papayas, Inc. ("Plaintiffs") and defendants M.Y. Produce, Inc., Myong Kon Kim, a/k/a Young Kim, and Sung Gon Kim a/k/a Sam Kim (the "Defendants") being represented by their respective counsel at the conference, and Plaintiffs and Defendants having agreed on the record to the terms of this consent judgment before the Honorable Sidney H. Stein, United States District Court Judge, it is hereby

**ORDERED, ADJUDGED AND DECREED**, that the above-captioned action be and hereby is reinstated for purposes of entry of this judgment; and it is further

**ORDERED, ADJUDGED AND DECREED**, that plaintiff El Sol Brands, Inc. d/b/a R-Best Tropicals and Caraveo Papayas, Inc. have judgment against each of M.Y. Produce, Inc., Myong Kon Kim, a/k/a Young Kim, and Sung Gon Kim a/k/a Sam Kim, jointly and severally, in the aggregate amount of $57,000; and it is further

**ORDERED, ADJUDGED AND DECREED**, that defendants M.Y. Produce, Inc., Myong Kon Kim, a/k/a Young Kim, and Sung Gon Kim a/k/a Sam Kim shall not transfer or dispose of their assets outside of the ordinary course of their business until this judgment has been satisfied; and it is further

**ORDERED, ADJUDGED AND DECREED**, that with respect to Units 264 and 265 leased by defendant M.Y. Produce, Inc. at the New York City Terminal Produce Co-Operative Market, Bronx, New York, 10474 (collectively, the "Units"), there shall be no distribution of proceeds resulting from the sale of the Units without (i) satisfaction of this judgment, (ii) written consent of Plaintiffs, or (iii) further order of this Court; and it is further

**ORDERED, ADJUDGED AND DECREED**, that Plaintiffs' may undertake any lawful act they deem necessary to establish a lien, charge, restraint or encumbrance upon the real property and personal property of defendant M.Y. Produce, Inc. to secure this judgment, including, but not limited to, recordation of an abstract of judgment, issuance of a restraining notice to the New York City Terminal Produce Co-Operative Market, and levy by service of writ of execution, <u>provided</u>, <u>however</u>, that Plaintiffs shall not proceed with any sale of real or

personal property of defendant M.Y. Produce, Inc. pursuant to a writ of execution without further order of this Court or written consent of defendant M.Y. Produce, Inc.; and it is further

ORDERED, ADJUDGED AND DECREED, that Plaintiffs' shall not enforce this judgment against the personal assets or income of defendant Myong Kon Kim, a/k/a Young Kim, and Sung Gon Kim a/k/a Sam Kim without further order of this Court or written consent of the affected defendant.

AGREED:

Dated: June 20, 2008
STARR & STARR PLLC

*Counsel for Plaintiffs,*
*El Sol Brands, Inc. d/b/a R-Best*
*Tropicals and Caraveo Papayas, Inc.*

By: _____
Stephen Z. Starr (SS-3765)
Vildan E. Starr (VS-1350)
260 Madison Ave., 17th Fl.
New York, NY 10016
tel.: (212) 867-8165
fax.: (212) 867-8139

Dated: June 20, 2008
GENTILE & DICKLER, LLP

*Counsel for Defendants, M.Y. Produce, Inc.,*
*Myong Kon Kim, a/k/a Young Kim, and Sung Gon*
*Kim a/k/a Sam Kim*

By: _____
Paul T. Gentile (PG-4037)
261 Madison Ave., 25th Fl.
New York, NY 10016
tel.: (212) 619-2700
fax.: (212) 619-3626

"SO ORDERED" on this 23rd day of June, 2008
in New York, New York.

_____
UNITED STATES DISTRICT COURT JUDGE

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

Date:

In Re:

-v-

Case #:        (    )

Dear Litigant,

    Enclosed is a copy of the judgment entered in your case.

    Your attention is directed to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, which requires that if you wish to appeal the judgment in your case, you must file a notice of appeal within 30 days of the date of entry of the judgment (60 days if the United States or an officer or agency of the United States is a party).

    If you wish to appeal the judgment but for any reason you are unable to file your notice of appeal within the required time, you may make a motion for an extension of time in accordance with the provision of Fed. R. App. P. 4(a)(5). That rule requires you to show "excusable neglect" or "good cause" for your failure to file your notice of appeal within the time allowed. Any such motion must first be served upon the other parties and then filed with the Pro Se Office no later than 60 days from the date of entry of the judgment (90 days if the United States or an officer or agency of the United States is a party).

    The enclosed Forms 1, 2 and 3 cover some common situations, and you may choose to use one of them if appropriate to your circumstances.

    The Filing fee for a notice of appeal is $5.00 and the appellate docketing fee is $450.00 payable to the "Clerk of the Court, USDC, SDNY" by certified check, money order or cash. **No personal checks are accepted.**

J. Michael McMahon, Clerk of Court

by: _____

, Deputy Clerk

APPEAL FORMS
Docket Support Unit

Revised: April 9, 2006

United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
----------------------------------------X
                                        |
                                        |        NOTICE OF APPEAL
                                        |
            -V-                         |
                                        |        civ.         (   )
                                        |
                                        |
----------------------------------------X
```

Notice is hereby given that _____
                                          (party)
hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment [describe it]

entered in this action on the _____ day of _____ , _____ .
                               (day)          (month)           (year)

_____
(Signature)

_____
(Address)

_____
(City, State and Zip Code)

Date: _____        ( ) _____-_____
                                   (Telephone Number)

**Note**: You may use this form to take an appeal provided that it is <u>received</u> by the office of the Clerk of the District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

FORM 1

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
----------------------------------------X
                                        |
                                        |     MOTION FOR EXTENSION OF TIME
                                        |     TO FILE A NOTICE OF APPEAL
         -V-                            |
                                        |
                                        |          civ.          (   )
                                        |
----------------------------------------X
```

Pursuant to Fed. R. App. P. 4(a)(5), _____ respectfully
(party)

requests leave to file the within notice of appeal out of time. _____
(party)

desires to appeal the judgment in this action entered on _____ but failed to file a
(day)

notice of appeal within the required number of days because:

[Explain here the "excusable neglect" or "good cause" which led to your failure to file a notice of appeal within the required number of days.]




_____
(Signature)

_____
(Address)

_____
(City, State and Zip Code)

Date: _____   ( ) _____ - _____
(Telephone Number)

**Note:** You may use this form, together with a copy of Form 1, if you are seeking to appeal a judgment and did not file a copy of Form 1 within the required time. If you follow this procedure, these forms must be received in the office of the Clerk of the District Court no later than 60 days of the date which the judgment was entered (90 days if the United States or an officer or agency of the United States is a party).

APPEAL FORMS
Docket Support Unit

Revised: April 9, 2006

FORM 2

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
----------------------------------X
                                  |
                                  |         NOTICE OF APPEAL
                                  |               AND
        -v-                       |    MOTION FOR EXTENSION OF TIME
                                  |
                                  |         civ.        (     )
                                  |
                                  |
----------------------------------X
```

1. Notice is hereby given that _____ hereby appeals to
                                                     (party)

   the United States Court of Appeals for the Second Circuit from the judgment entered on _____.
   [Give a description of the judgment]

2. In the event that this form was not received in the Clerk's office within the required time
   _____ respectfully requests the court to grant an extension of time in
         (party)
   accordance with Fed. R. App. P. 4(a)(5).

   a.  In support of this request, _____ states that
                                                     (party)
   this Court's judgment was received on _____ and that this form was mailed to the
                                                  (date)
   court on _____.
            (date)

                                                                        (Signature)

                                                                        (Address)

                                                                      (City, State and Zip Code)

Date: _____                (     ) _____-_____
                                                              (Telephone Number)

**Note:** You may use this form if you are mailing your notice of appeal and are not sure the Clerk of the District Court will <u>receive</u> it within the 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

APPEAL FORMS
Docket Support Unit                                                  Revised: April 9, 2006

FORM 3

# United States District Court
## Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
----------------------------------X
                                  |
                                  |         AFFIRMATION OF SERVICE
                                  |
        -V-                       |
                                  |         civ.        (    )
                                  |
                                  |
----------------------------------X
```

I, _____, declare under penalty of perjury that I have

served a copy of the attached _____

_____

upon _____

_____

whose address is: _____

_____


Date: _____
       New York, New York


                                                        _____
                                                             (Signature)

                                                        _____
                                                             (Address)

                                                        _____
                                                      (City, State and Zip Code)


APPEAL FORMS

Docket Support Unit

Revised: April 9, 2006